# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                **Case No. 6:03-cr-113-Orl-28KRS**

**MICHAEL RODRIGUEZ**

---

## ORDER ON REVOCATION OF SUPERVISED RELEASE AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed July 12, 2007 (Doc. No. 81), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge Karla R. Spaulding on October 10, 2007 and subsequently, a Report and Recommendation (Doc. No. 95) was entered by Magistrate Judge Karla R. Spaulding on October 11, 2007.

The defendant appeared before this Court on October 30, 2007, with counsel, Michelle P. Smith and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 95) and finds that the defendant has violated conditions one through seven of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **REINSTATED**. All previous special conditions remain intact with the special

condition that the defendant cooperate in the collection of DNA as directed by the Probation Officer.

The Judgment at Document No. 54 remains unaltered and in effect except as amended herewith.

**DONE** and **ORDERED** at Orlando, Florida this __31__ day of October, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Michael Rodriguez